CHEMICAL BANK & TRUST COMPANY and Others v. LAWSON WILLIAMS and Others, Impleaded, etc.— Motion to amend notice of appeal granted. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 581.]